Farzad Rastegar (SBN 155555)
farzad@rastegarlawgroup.com
Thomas S. Campbell (SBN 199014)
tom@rastegarlawgroup.com
RASTEGAR LAW GROUP, APC
2760 Hawthorne Boulevard, Suite 200
Torrance, California 90505
Tel: (310) 961-9600
Fax: (310) 961-9094

Attorneys for Plaintiff
ERICKA KRAUT

Connie L. Chen (SBN 275649)
Paul J. Cohen (SBN 293797)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
connie.chen@jacksonlewis.com
paul.cohen@jacksonlewis.com

Attorneys for Defendant
DT EMPLOYER LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICKA KRAUT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DT EMPLOYER LLC, a limited liability company; and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | CASE NO.: 5:23-cv-00205-HDV-SP<br><br>**NOTICE OF SETTLEMENT**<br><br>Scheduling Conference: October 10, 2023<br>Time:　　　　　　　　　10:00 a.m.<br>Courtroom:　　　　　　5B<br><br>Complaint Filed: December 1, 2022 |

**TO THE HONORABLE COURT:**

　　Please note that Plaintiff ERICKA KRAUT ("Plaintiff") and Defendant DT EMPLOYER LLC ("Defendant") (collectively, the "Parties"), have entered into an

agreement to settle this case in its entirety. The Parties executed a long form settlement agreement on October 2, 2023. Based on the terms of the settlement agreement, the Parties anticipate that a stipulation of dismissal will be filed by no later than November 20, 2023.

In light of the settlement, the Parties jointly request that the Court vacate the Scheduling Conference currently set for October 10, 2023, or in the alternative continue the Scheduling Conference to a date after November 20, 2023.

Dated: October 3, 2023                    RASTEGAR LAW GROUP

By: */s/ Farzad Rastegar*
Farzad Rastegar
Thomas S. Campbell

Attorneys for Plaintiff
ERICKA KRAUT

Dated:  October 3, 2023                    JACKSON LEWIS P.C.

By: */s/ Connie L. Chen*
Connie L. Chen
Paul J. Cohen

Attorneys for Defendant
DT EMPLOYER LLC

4874-8573-9908, v. 1