UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**                                    **JS-6**

| | |
|---|---|
| Case No.  **5:23-cv-00205-HDV-SP** | Date  10/05/23 |
| Title  *Ericka Kraut v. DT Employer LLC et al* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER OF DISMISSAL**

The Court, having been notified by a Notice of Settlement [19] that the case settled hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

**IT IS SO ORDERED.**